THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110984
    United States Courthouse
    312 N. Spring Street, Suite 1400
    Los Angeles, California 90012
    Telephone:  (213) 894-5710
    Facsimile:  (213) 894-7177
    Email:      frank.kortum@usdoj.gov

Attorneys for Plaintiff
United States of America

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  SACV 08-534-JVS (MLGx) |
|     Plaintiff, | |
|     v. | **CONSENT JUDGMENT** |
| ONE 2006 LAND ROVER RANGE ROVER, et al., | [NOTICE OF LODGING LODGED CONCURRENTLY HEREWITH] |
|     Defendants. | |
| THONG QUOC TRAN, | |
|     Claimant. | |

//

//

//

1  On May 12, 2008, plaintiff United States of America ("plaintiff" or the "government") filed a Complaint for Forfeiture against the defendant properties as follows: One 2006 Land Rover Range Rover (the "2006 Range Rover") and $20,178.59 in bank account funds (the "defendant funds") (collectively the "defendant properties"). The government alleged that the defendant properties were subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (a)(1)(C).

Claimant Thong Quoc Tran has not filed a claim or an answer. No other claims, statements of interest, or answers have been filed, and the time for filing claims, statements, and answers has expired.

The government and claimant have agreed to settle this forfeiture action and to avoid further litigation.

The Court having been duly advised of and having considered the matter, and based upon the consent of plaintiff and claimant,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

2. The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (a)(1)(C).

3. Notice of this action has been given as required by law. Claimant is relieved of his duty to file a claim and answer in this action. The Court deems that all other potential claimants admit the allegations of the Complaint for Forfeiture to be true.

//
//
//

4. Claimant agrees to forfeiture as set out below. A judgment of forfeiture is hereby entered in favor of the United States, which shall dispose of the following defendant properties in accordance with the law:

    (A) The 2006 Range Rover is hereby forfeited to the United States of America, and no other right, title, or interest shall exist therein.

    (B) The defendant funds plus all accrued interest are hereby forfeited to the United States of America, and no other right, title, or interest shall exist therein.

5. Claimant will execute further documents, to the extent necessary, to convey clear title to the defendant properties and to further implement the terms of this Consent Judgment.

6. Claimant waives the redacting and sealing requirements of L.R. 79-5.4.

7. Claimant hereby releases the United States of America, its agencies, officers, and employees, including employees of the Federal Bureau of Investigation, and local law enforcement agencies, their agents, officers, and employees, from any and all claims, actions, or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys' fees, costs, or interest on behalf of claimants, whether pursuant to 28 U.S.C. § 2465 or otherwise.

8. The Court finds that there was reasonable cause for the institution of these proceedings against the defendant properties. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

//

9. The Court further finds that claimant did not substantially prevail in this action, and the parties shall bear their own attorneys' fees and other costs of litigation.

DATED: December 8, 2008

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

CONSENT

The government and claimants consent to judgment and waive any right to appeal.

DATED: December ___, 2008        THOMAS P. O'BRIEN
                                 United States Attorney
                                 CHRISTINE C. EWELL
                                 Assistant United States Attorney
                                 Chief, Criminal Division
                                 STEVEN R. WELK
                                 Assistant United States Attorney
                                 Chief, Asset Forfeiture Section


                                 _____
                                 FRANK D. KORTUM
                                 Assistant United States Attorney

                                 Attorneys for Plaintiff
                                 United States of America

DATED: December ___, 2008        JOEL LEVINE, APC


                                 _____
                                 JOEL LEVINE

                                 Attorney for Claimant
                                 Thong Quoc Tran